USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/8/08_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -x
                           :

DIOMEDES COLON,
                           :

          Petitioner,
                           :     **ORDER**

     - against -
                           :     08 Civ. 170 (DC)

THE STATE OF NEW YORK,
                           :

          Respondent.
                           :

- - - - - - - - - - - - - - - - - - -x

**CHIN, D.J.**

       Diomedes Colon petitions this Court for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Upon review of the petition, it is hereby

       ORDERED that the Clerk of the Court serve, by certified mail, a copy of this Order and the underlying Petition on the Attorney General of the State of New York and the District Attorney for New York County, and it is further

       ORDERED that respondent shall file an answer or other pleading in response to the petition no later than **June 9, 2008**, and petitioner may file any reply papers no later than **July 9, 2008**.

       SO ORDERED.

Dated:   New York, New York
        May 8, 2008

                             DENNY CHIN
                             United States District Judge