# DISTRICT ATTORNEY

OF THE

**COUNTY OF NEW YORK**
ONE HOGAN PLACE
New York, N. Y. 10013
(212) 335-9000



**ROBERT M. MORGENTHAU**
DISTRICT ATTORNEY

May 23, 2008

**BY HAND**
The Honorable Denny Chin
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007



Re: Diomedes Colon v. State of New York
08 Civ. 170 (DC)
Pro Se

Your Honor:

I am an Assistant District Attorney and I was assigned yesterday to respond to the above-referenced petition for a writ of habeas corpus. By Your Honor's previous order, the response is due on June 9, 2008. I write to request an extension of time, until June 27, 2008. This is our first request for an extension. Consent has not been sought from petitioner, since he is an incarcerated pro se litigant.

An extension of time is necessary for several reasons. Among them, we have not yet obtained all of the relevant files. Thus, respondent respectfully requests the extension to evaluate properly and respond fully to petitioner's claims.

Approved.
So Ordered.

USDJ
6/2/08

DISTRICT ATTORNEY COUNTY OF NEW YORK

May 23, 2008

Thank you for your time and consideration.

Respectfully,

*Sara M. Zausmer*

Sara M. Zausmer (SZ-7178)
Assistant District Attorney
(212) 335-9290 (telephone)
(212) 335-9288 (facsimile)

cc:    Diomedes Colon
        05-A-2208
        Green Haven Correctional Facility
        P.O. Box 4000
        Stormville, NY 12582-0010